COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Joe Ray Alvarez v. The State of Texas

Appellate case number:   01-13-00368-CR

Trial court case number:  600516

Trial court:             176th District Court of Harris County

On April 8, 2014, we denied appellant Joe Ray Alvarez's fourth motion for extension of time to file his brief, abated the case, and remanded to the trial court to determine whether appellant wished to prosecute the appeal. On April 9, 2014, appellant's counsel, Patti Sedita, filed a motion to withdraw as appellant's counsel and a brief concluding that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1398, 1400 (1967). Accordingly, we REINSTATE this case on the Court's active docket.

If the trial court has not yet conducted a hearing to determine whether appellant wishes to prosecute his appeal, it is not necessary that the trial court conduct the hearing.

It is so ORDERED.

Judge's signature:/s/ Justice Terry Jennings
              ☒  Acting individually     ☐  Acting for the Court

Date:  May 1, 2014